1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SAMANTHA JAFFE
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:    (510) 637-3507
6  Email:         Samantha_Jaffe@fd.org

7

8  Counsel for Defendant Hardin

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

| 14 | UNITED STATES OF AMERICA, | Case No.: CR 23–00173 HSG [DMR] |
|---|---|---|
| 15 | Plaintiff, | **STIPULATION AND ORDER (AS MODIFIED) TO MOVE BAIL REVIEW HEARING CURRENTLY SET FOR OCTOBER 13, 2023 TO OCTOBER 4, 2023** |
| 16 | v. | |
| 17 | TYRIN HARDIN, | |
| 18 | Defendant. | |

19

20   The above-captioned matter is set on October 13, 2023 before this The Honorable Magistrate

21  Judge Donna M. Ryu for a status regarding bail. New counsel for Mr. Hardin was noticed today. Due

22  to counsel's schedule, the parties jointly request that this Court move this matter from October 13,

23  2023 to October 4, 2023.

24

25

26

27

28

Dated:           September 29, 2023          Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

                                              /S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated:           September 29, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

                                              /S/
CHRIS KALTSAS
Assistant United States Attorney

STIP & ORDER (AS MODIFIED) TO MOVE BAIL REVIEW HEARING
*HARDIN*, CR 23–00173 HSG

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYRIN HARDIN,<br><br>    Defendant. | Case No.: CR 23–00173 HSG<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO MOVE BAIL REVIEW HEARING CURRENTLY SET FOR OCTOBER 13, 2023 TO OCTOBER 4, 2023** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the Bail Review Hearing currently set for October 13, 2023 be reset for October 4, 2023, at 10:30 a.m. before Chief Magistrate Judge Donna M. Ryu.

IT IS SO ORDERED.

*IT IS SO ORDERED AS MODIFIED*
/s/ Donna M. Ryu
Judge Donna M. Ryu

Dated:   October 1, 2023                              _____
                                                      HON. DONNA M. RYU
                                                      Chief Magistrate Judge