JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Samantha_Jaffe@fd.org

Counsel for Defendant Hardin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 23–00173 HSG [DMR] |
| Plaintiff, | STIPULATION AND ORDER (AS MODIFIED) TO MODIFY CONDITIONS OF PRETRIAL RELEASE (ALLOW MR. HARDIN TO LEAVE THE HALFWAY HOUSE FOR WORK) |
| v. | |
| TYRIN HARDIN, | |
| Defendant. | |

    Mr. Hardin was hired on October 6, 2023, as a dishwasher at the Ballast Point Brewery in San Francisco. They would like him to start on October 7, 2023. In light of his confirmed job offer, the parties are stipulating that he be allowed to leave the halfway house for employment purposes.

    Defense counsel conferred, via email, with the assigned Assistant United States Attorney and assigned Pretrial Services Office about modifying Mr. Hardin's release conditions on October 6, 2023. Neither the government nor pretrial services had any objection, and the parties stipulate and agree that this modification is appropriate.

    For these reasons, the parties request this Court modify conditions of release to allow Mr.

Hardin to leave the halfway house for employment purposes. All other conditions of his release shall remain in effect.

Dated:  October 6, 2023                          Respectfully submitted,

                                                 JODI LINKER
                                                 Federal Public Defender
                                                 Northern District of California

                                                          /S
                                                 SAMANTHA JAFFE
                                                 Assistant Federal Public Defender

Dated:  October 6, 2023

                                                 ISMAIL J. RAMSEY
                                                 United States Attorney
                                                 Northern District of California

                                                          /S/
                                                 CHRIS KALTAS
                                                 Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TYRIN HARDIN,<br><br>            Defendant. | **Case No.:**  CR 23–00173 HSG [DMR]<br><br>**ORDER (AS MODIFIED) TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby **MODIFIES** Mr. Hardin's release conditions. Mr. Hardin is permitted to leave the halfway house for employment purposes as verified and approved in advance by Pretrial Services. All other conditions of release shall remain in effect.

IT IS SO ORDERED AS MODIFIED.

Dated:   October 6, 2023

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]

THE HON. DONNA M. RYU
Chief United States Magistrate Judge